Submitted on briefs July 13, affirmed July 22, 1971

STATE OF OREGON, *Respondent, v.*
RICHARD L. LISTON, *Appellant.*

487 P2d 109

J. Christopher Minor, and Noel & Minor, Newport, for appellant.

Thomas H. Denney, Assistant Attorney General, Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem, for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Brown,* 5 Or App 412, 485 P2d 444 (1971).